

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2019

No. 04-18-00818-CV

**IN RE FIRETROL PROTECTIONS SYSTEMS, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice (dissenting)
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

On October 31, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 27, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2019.

_____
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CI07805, styled *Tony Escamilla, et al. v. Firetrol Protection Systems, Inc., et al.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.